**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sharmila Kirwin, et al., | No. CV-22-00471-TUC-RCC (BGM) |
| Plaintiffs, | **ORDER** |
| v. | |
| Dariusz Kot, et al., | |
| Defendants. | |

Upon consideration of the Plaintiffs' Motion for Extension of Time to File Objections and good cause appearing,

IT IS ORDERED that the Plaintiff's Motion is GRANTED. (Doc. 63) Plaintiff's Objections to Magistrate Judge Bruce G. Macdonald's Reports and Recommendations (Doc. 60, 61 and 62) are due on August 22, 2023.

Dated this 2nd day of August, 2023.

Honorable Raner C. Collins
Senior United States District Judge