KRISTIN K. MAYES
ATTORNEY GENERAL

CLAUDIA ACOSTA COLLINGS (021647)
KRISTIN A. GREEN (019801)
Assistant Attorneys General
416 W. Congress St, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2800 • Fax (520) 628-6050
Claudia.Collings@azag.gov
Kristin.Green@azag.gov

*Attorneys for DCS Defendants Kot, Egbert, and Necoechea,*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Sharmila Kirwin, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Dariusz Kot, et al.,<br><br>Defendants. | No. CV-22-00471-TUC-RCC<br><br>**MOTION TO FILE EXHIBITS UNDER SEAL**<br><br>Assigned to Hon. Raner C. Collins |

Defendants Kot, Egbert, and Necoechea ("Defendants"), through undersigned attorney, move this Court to order that the exhibits to their Motion to Dismiss Plaintiff's First Amended Complaint be filed under seal.

| No. | DOCUMENT |
|---|---|
| 1. | 04-02-2021 – CAR Application and Order |
| 2. | 04-06-2021 – Levi Kirwin's Motion for an Emergency Hearing Re: Requesting An Order Vacating the Order for Ex-Parte Removal of Child Signed by the Honorable Tracy Nadzieja; Request for Sanctions |
| 3. | 04-06-2021 – In Chambers' Order Re Father's Emergency Hearing |
| 4. | 04-07-2021 – DCS's Dependency Petition and Petition for Paternity and/or Child Support |

| | | |
|---|---|---|
| | 5. | 04-08-2021 – Temporary Orders and Findings |
| | 6. | 04-08-2021 – Father's Motion for the Court to Find Continued Temporary Custody is Not Necessary to Prevent Abuse or Neglect and Motion to Dismiss Dependency Petition due to Lack of Probable Cause for Removal Ariz. R.P. Juv. Ct. 51(A) |
| | 7. | 04-21-2021 – Minute Entry Order – Preliminary Protective Hearing / Temporary Custody Hearing |
| | 8. | 04-21-2021 – Minute Entry Order – Continued Preliminary Protective Hearing / Temporary Custody Hearing |
| | 9. | 11-08-2021 – Stipulation Re: Dependency Findings, Adjudication and Disposition |
| | 10. | 11-15-2021 – Order Re: Dependency Findings, Adjudication and Disposition |
| | 11. | 02-23-2022 – Minute Entry Order – Dependency Review/Permanency Hearing |
| | 12. | 11-07-2022 – Motion to Withdraw Petition for Termination and Vacate Hearing and Order Re: Motion to Withdraw Petition for Termination and Vacate Hearing |

The Exhibits contain information that is protected including the full name of the minor party, full names of non-party minors, addresses, personal phone numbers, medical records, and other sensitive information regarding the minor party and the parties regarding the underlying dependency matter. Among the state and federal statutes and rules recognizing the confidentiality of these records is A.R.S. § 41-1959(A), which prohibits releasing "files that contain information related to investigations conducted by child protective services." Additionally, "records of . . . dependency proceeding[s] shall not be open to public inspection." A.R.S. § 8-208(F). State laws that protect the confidentiality of records in child-protective cases provide compelling reasons to grant a motion to seal in a related case brought in federal court. *See T.T. v. Cnty. of San Diego,* 2020 WL 6118781, at *1 (S.D. Cal. Oct. 16, 2020) (allowing juvenile court records to be sealed which were statutorily protected by state law). Accordingly, these exhibits which contain sensitive information and are records from the underlying dependency

1 | proceedings should be filed under seal pursuant to L.R.Civ. 5.6.

2 |     For the reasons set forth above, Defendants respectfully request this Court order that Exhibits 1 through 12 to their Motion to Dismiss Plaintiff's First Amended Complaint be filed under seal.

    RESPECTFULLY SUBMITTED this 10th day of June, 2024.

    **KRISTIN K. MAYES**
    **ATTORNEY GENERAL**

    /s/ Claudia Acosta Collings
    CLAUDIA ACOSTA COLLINGS
    KRISTIN A. GREEN
    Assistant Attorneys General
    Attorneys for DCS Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2024, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael G. Moore
mike@mgmoorelaw.com
*Attorney for Plaintiffs*


s/J. Hildebrand
12097894