# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sharmila Kirwin, et al., | No. CV-22-00471-TUC-RCC |
| Plaintiffs, | **ORDER** |
| v. | |
| Dariusz Kot, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion for Leave to File Excess Pages (Doc. 95) and Motion to Seal Document (Doc. 97). Because of the length of the First Amended Complaint, the number of counts, and the allegations within, the Court finds a 3-page extension is appropriate.

While the public has a right to access judicial documents, *United States v. Wecht*, 484 F.3d 194, 207-08 (3rd Cir. 2007), the Court may have documents filed under seal when appropriate, *United States v. Mann*, 829 F.2d 849 (9th Cir. 1987). It is the burden of the party seeking to seal to state a compelling reason, supported by facts, which overcome the public interest. *Kamakana v. City and Cnty of Honolulu,* 447 F.3d 1172, 1178-79 (9th Cir. 2006). According to Federal Rule of Civil Procedure 5.2(a), General Order 08-11, and the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files (3/2008), the name of an individual known to be a minor should be redacted from CM/ECF documents or limited to initials.

Because the proposed sealed exhibits pertain to proceedings involving a minor, the

1  Court will grant the motion to seal.

2      Accordingly, IT IS ORDERED Defendants' Motion for Leave to File Excess
3  Pages (Doc. 95) and the Motion to Seal Document (Doc. 97) are GRANTED.

4      IT IS FURTHER ORDERED Exhibits 1 through 12 to Defendants' Motion to
5  Dismiss Plaintiff's First Amended Complaint shall be filed separately from the Motion
6  and SEALED pursuant to LRCiv 5.6.

7      Dated this 11th day of June, 2024.

Honorable Raner C. Collins
Senior United States District Judge